ROBERT EDEN, Appellant, v ST. LUKE'S-ROOSEVELT HOSPITAL CENTER et al., Respondents.

Submitted August 20, 2007; decided October 18, 2007

Reported below, 39 AD3d 215.

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that denied appellant's motion to amend the complaint, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.

RACHEL EHRENFELD, Appellant, v KHALID SALIM BIN MAHFOUZ, Respondent.

Submitted October 15, 2007; decided October 18, 2007

Motion by Advance Publications, Inc. et al. for leave to appear amici curiae on consideration of the certified question herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

Judge SMITH taking no part.

45-02 FOOD CORP., Respondent-Appellant, v 45-02 43RD REALTY, LLC, Appellant-Respondent.

Submitted July 16, 2007; decided October 18, 2007

Reported below, 37 AD3d 522.

Motions for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.